UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL BEAMAN, JR., ) | |
|           Plaintiff, ) | 2:11-cv-00882-PMP-CWH |
| vs. ) | |
| BANK OF AMERICA N.A., *et al.*, ) | **ORDER** |
|           Defendants. ) | |

On November 21, 2011, Defendants filed a Motion to Dismiss Plaintiff's Complaint (Doc. #10). To date, Plaintiff has failed to respond to Defendants' Motion to Dismiss, and the deadline for doing so has expired. As a result, Plaintiff consents to the granting of Defendants' Motion. Moreover, a review of Defendants' Motion to Dismiss shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #10) is **GRANTED** and that this action is hereby dismissed.

DATED: December 12, 2011.

_____
PHILIP M. PRO
United States District Judge