UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL BEAMAN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA N.A., *et al.*, <br><br> Defendants. | 2:11-cv-00882-PMP-CWH <br><br> **ORDER** |

On November 21, 2011, Defendants filed a Motion to Dismiss Plaintiff's Complaint (Doc. #10). To date, Plaintiff has failed to respond to Defendants' Motion to Dismiss, and the deadline for doing so has expired. As a result, Plaintiff consents to the granting of Defendants' Motion. Moreover, a review of Defendants' Motion to Dismiss shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #10) is **GRANTED** and that this action is hereby dismissed.

DATED: December 12, 2011.

_____
PHILIP M. PRO
United States District Judge